# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00316-CV

**In re Joshua Laron Ellison**

## ORIGINAL PROCEEDING FROM FAYETTE COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus. *See* Tex. R. App. P. 52.8. We deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Filed:   July 3, 2013